**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL BRUCE BYNOE,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 68143

FILED

JUL 0 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for reconsideration. Second Judicial District Court, Washoe County; Lidia Stiglich, Judge.

Because no statute or court rule permits an appeal from the aforementioned decision, we lack jurisdiction. *Castillo v. State,* 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1]In light of this order, we direct the clerk of this court to return, unfiled, the pro se documents received on June 15, 2015.

15-20039

cc: Hon. Lidia Stiglich, District Judge
Michael Bruce Bynoe
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk